## SUPREME COURT.

### Louisa H. Barclay agt. Delos E. Culver.

*Code of Civil Procedure, section 3253 — Extra allowance — Basis of computing — Plaintiff in a difficult and extraordinary case who recovers and defeats a set-off is entitled to an allowance on both the claim established and the set-off defeated.*

In a difficult and extraordinary case, where the defendant interposes to plaintiff's claim as a defense and by way of a set-off two promissory notes, and upon the trial judgment is rendered for plaintiff upon all the issues involved and for the full amount claimed, the plaintiff is entitled to an extra allowance, not only upon the sum recovered in the action, but upon the basis of the defendant's set-off determined against him.

*Special Term, February,* 1884.

Appeal from taxation of costs by clerk.

This action was brought by plaintiff, to whom the claim in suit had been assigned, to recover of defendant the sum of $2,500 and interest. Defendant interposed as a defense and by way of set-off two notes, which with interest were of the aggregate value of $7,996. Upon the trial judgment was rendered for plaintiff upon all the issues involved, and for the full amount claimed by her with interest. The court granted an allowance of five per cent. Plaintiff, upon the taxation of costs by the clerk, claimed that the per centage allowed should be calculated upon the plaintiff's recovery and upon the amounts pleaded as set off by defendant, as these constituted "the value of the subject-matter involved." The clerk refused to tax an allowance on the set-offs, and taxed it only on plaintiff's claim. From such taxation this appeal was taken.

*William King Hall* (*Hall & Blandy*), for plaintiff, cited *Woonsocket Rubber Company* agt. *Rubber Clothing Company* (1 *N. Y. Civil Pro.*, 350); *S. C.* (62 *How.*, 180, *citing cases*); *Williams* agt. *Western Union Telegraph Company* (61 *How.*, 305; *Conaughty* agt. *Saratoga County Bank* (92 *N. Y.*, 401).

Fogg agt..Fisk.

*Henry D. Betts* (*Culver & Betts*), for defendant, cited *People* agt. *New York and Staten Island Ferry Company* (68 *N. Y.*, 71–83); *Ogdensburg and Lake Champlain Railroad Company* agt. *Vermont and Canada Railroad Company* (63 *N. Y.*, 176).

LAWRENCE, *J.* — I think that the plaintiff is entitled to the full allowance which she claimed on the taxation. The amount of the alleged set-off was, I think, directly involved in the case (*Woonsocket Rubber Co.* agt. *Rubber Clothing Co.*, *supra ;* *Vilmar* agt. *Schall*, 61 *N. Y.*, 564).